# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-03653-WDK-PLA | Date | October 28, 2014 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Pearl Jackson, et al. | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Linda Kanter | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:** **(IN CHAMBERS): CASE STAYED DUE TO BANKRUPTCY FILING**

Based upon the filing of the bankruptcy petition by defendant Pearl Jackson, this case is stayed by the Court. Defendant is to file quarterly reports regarding the status of the case commencing on January 1, 2015. Further, the pretrial conference previously set for November 13, 2014 is hereby vacated.

IT IS SO ORDERED.

:

Initials of Preparer    lk