UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-03653-WDK-PLA | Date | August 12, 2015 |
|---|---|---|---|
| Title | J and J Sports Productions, Inc. v. Pearl Jackson | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Linda Kanter | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     **(IN CHAMBERS) SCHEDULING ORDER**

The Court orders the following schedule for future proceedings:

1. Memorandum of Contentions of Fact and Conclusions of Law;
   Witness Lists; Joint Exhibit Lists Deadline:          November 12, 2015

2. Final Pre-Trial Conference Deadline:          December 12, 2015

3. Jury Trial Date:          To Be Determined

All other dates are to be determined by Rule 26 of the Federal Rules of Civil Procedure and applicable Local Rules.

IT IS SO ORDERED.

:

Initials of Preparer

lk