THOMAS P. RILEY, SBN194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 2:11-cv-03653-WDK-PLA |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE OF ORDER** |
| Pearl Jackson, et al., | |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY(S) OF RECORD:**

On October 1, 2015, Plaintiff's counsel duly served a true and correct copy of the enclosed Order upon all Parties of record or their counsel.

Respectfully submitted,

Dated: October 1, 2015      /s/ *Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                            By: Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. 2:11-cv-03653-WDK-PLA | Date September 28, 2015 |
| Title J and J Sports Productions, Inc. v. Pearl Jackson | |

Present: The Honorable    WILLIAM D. KELLER, U.S. District Court Judge

| Linda Kanter | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than **October 19, 2015**, why this action should not be dismissed as to all remaining defendants for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- **Plaintiff's Motion for Summary Judgment.**

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

### Plaintiff is to serve notice of this Order on all parties in this action.

Initials of Preparer    lk

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 1, 2015, I caused to serve the following documents entitled:

**CERTIFICATE OF SERVICE OF ORDER**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Elizabeth A Bell, Esq.<br>Elizabeth A Bell Law Office<br>8335 Sunset Boulevard Suite 221<br>West Hollywood, CA 90069 | Attorney for Defendant(s):<br>Pearl Jackson<br>Annette Golden |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 1, 2015, at South Pasadena, California.

Dated: October 1, 2015              /s/ Brianna Gomez
                                    **BRIANNA GOMEZ**