**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 2:11-CV-03653-WDK-PLA** |
| **Plaintiff,** | |
| **vs.** | **DECLARATION OF PLAINTIFF'S COUNSEL'S IN RESPONSE TO ORDER TO SHOW CAUSE** |
| **PEARL JACKSON, et al.,** | |
| **Defendants.** | |

I, THOMAS P. RILEY, declare as follows:

1.       On September 28, 2015, the Honorable William D. Keller issued an Order to Show Cause requiring the Plaintiff to "show cause why sanctions should not be imposed for failure to comply with a Court order" (ECF# 61).  To wit, I respectfully respond to this Honorable Court, as follows:

2.       Preliminarily, I do not offer this declaration to the Court as an excuse, but rather as an explanation.  I, as lead counsel for the Plaintiff in the above-entitled action, take full and exclusive responsibility for the delays in failing to show cause in writing no later than October 19, 2015, as to why this action should not be dismissed as to all remaining defendants for lack of

prosecution, as specifically ordered by this Honorable Court on September 28, 2015 (ECF# 61).   It is respectfully submitted that the consequences of my inaction should *not* be attributed to the Plaintiff in any manner whatsoever because blame and responsibility in this matter goes no further than me and my office.

3.     Due to an oversight by Administrative Assistant Brianna Gomez, the Court's Order of September 28, 2015 was overlooked[1] and the deadline to file a written response to the Order to Show Cause was not properly calendared.  Plaintiff sincerely apologizes for this error.  I have discussed with Ms. Gomez the importance of calendaring so such deadlines can be properly calendared and necessary filings can be made in a timely manner.

4.     On a personal and professional note, I most sincerely apologize to the Court and its staff for any inconvenience that may have resulted due to my firm's failure to comply with the Court's orders in this action.  I would also respectfully request this Honorable Court decline dismissal of the instant action as such a result would have drastic consequences and work an undue hardship upon the Plaintiff in this matter, as Plaintiff's causes of action under the telecommunication counts set forth in its Complaint would be likely time barred from re-filing, and Plaintiff's recourse against the Defendants would be subsequently foreclosed.

5.     At this point and time, Plaintiff humbly and respectfully requests that this Honorable Court permit Plaintiff until, Monday, November 2 , 2015 to file its Motion for Summary Judgment in the instant action.

///

///

///

---

[1] The Court's Order of September 28, 2015, was served on opposing counsel, as specifically and additionally ordered (ECF #62).

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October 2015 at South Pasadena, California.

By: /s/ *Thomas P. Riley*
Thomas P. Riley

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

-3-

**PROOF OF SERVICE**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 22, 2015, I caused to serve the following document entitled:

DECLARATION OF PLAINTIFF'S COUNSEL'S IN RESPONSE TO
ORDER TO SHOW CAUSE

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Elizabeth A Bell, Esq. | Attorney for Defendant(s): |
| **Elizabeth A Bell Law Office** | Pearl Jackson |
| 8335 Sunset Boulevard Suite 221 | Annette Golden |
| West Hollywood, CA 90069 | |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 22, 2015, at South Pasadena, California.

Dated:  October 22, 2015                      /s/ *Brianna Gomez*
                                              BRIANNA GOMEZ