**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**Elizabeth A. Bell, SBN 205868**
**8335 Sunset Blvd., Ste. 221**
**West Hollywood, CA 90069**
**Tel: 323-306-4077**
**Fax: 323-656-1396**
**ebell@elbelaw.com**

**Attorneys for Defendants**
**Pearl Jackson and Annette Golden**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Pearl Jackson a/k/a Pearl Mari Jackson, et al.,<br><br>Defendants. | Case No. 2:11-cv-03653-WDK-PLA<br><br><br>JOINT EXHIBIT LIST |

Parties may at trial use the following documents:

///

**PLAINTIFF'S PROPOSED EXHIBIT LIST:**

1. The complaint, answer, and any other pleading filed in this action.

2. All documents produced in discovery, including but not limited to: introduce the depositions taken in this action, and attached exhibits, for all purposes allowed under the Federal Rules of Civil Procedure and Evidence. Plaintiff also intends to introduce all sets and supplemental sets of interrogatories, requests for admissions and request for documents propounded to and responded by defendants.

3. Auditor Kim's Affidavit, Photographs, and covert surveillance videos.

4. Distribution Agreement.

5. Please see Closed-Circuit (commercial) Rate Card.

6. City of West Hollywood re: Business Licensing re: Owner of The Cigar Lounge re: Pearl Jackson.

7. Directv account billing statement re: Annette Golden.

**DEFENDANTS PROPOSED EXHIBIT LIST:**

1. The complaint, answer, and any and all other pleading(s) filed in this action and any and all exhibits attached thereto;

2. Any and all documents and other admissible evidence produced in discovery including, without limitation, the introduction of any and all depositions taken and exhibits attached thereto and any and all sets and supplemental sets of interrogatories and requests for admissions and production of documents propounded to and responded to by plaintiff or provided by defendants.

///

///

///

Respectfully submitted,

Dated:  November 12, 2015		*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: November 12, 2015		 */s/ Elizabeth A. Bell*
**ELIZABETH A. BELL LAW OFFICE**
By: Elizabeth A. Bell
Attorney for Defendants
Pearl Jackson and Annette Golden

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

# **PROOF OF SERVICE**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 12, 2015, I caused to serve the following document entitled:

**JOINT EXHIBIT LIST**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Elizabeth A. Bell, Esq. | Attorneys for Defendants |
| Elizabeth A. Bell Law Office | Pearl Jackson a/k/a Pearl Mari Jackson |
| 8335 Sunset Blvd., Ste. 221 | and Annette Golden |
| West Hollywood, CA 90069 | |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 12, 2015, at South Pasadena, California.

Dated: November 12, 2015          /s/ *Vanessa Morales*
                                                          VANESSA MORALES