Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 2:11-cv-03653-WDK-PLA |
| Plaintiff, | |
| vs. | PLAINTIFF'S WITNESS LIST FOR TRIAL |
| Pearl Jackson a/k/a Pearl Mari Jackson, et al., | |
| Defendants. | |

## Plaintiff's Witness List for Trial

1.  Joseph M. Gagliardi, President, J & J SPORTS PRODUCTIONS, INC.
    c/o LAW OFFICES  OF THOMAS P. RILEY, P.C.
    First Library Square
    1114 Fremont Avenue
    South Pasadena, CA 91030

2.  Nicolas Gagliardi, Vice-President, J & J SPORTS PRODUCTIONS, INC.
    c/o LAW OFFICES  OF THOMAS P. RILEY, P.C.
    First Library Square
    1114 Fremont Avenue
    South Pasadena, CA 91030

3.   Pearl Jackson a/k/a Pearl Mari Jackson–DEFENDANT
     c/o ELIZABETH A. BELL LAW OFFICE
     8335 Sunset Blvd., Ste. 221
     West Hollywood, CA 90069

4.   Annette Golden–DEFENDANT
     c/o ELIZABETH A. BELL LAW OFFICE
     8335 Sunset Blvd., Ste. 221
     West Hollywood, CA 90069

5.   All employees of Pearl Jackson and Annette Golden who were working on
     the evening of May 1, 2010, and the morning of May 2, 2010.
     (Defendants to provide name, address, and work telephone number of each
     person.)

6.   All patrons of The Cigar Lounge who were in attendance on the evening
     of May 1, 2010, and the morning of May 2, 2010. (Identity and address
     information to be supplied by the Defendants).

7.   Defendants' accountants and/or bookkeepers, either on Defendants'
     staff, or employed by outside bookkeeping/accounting firms.
     (Defendants to provide name, address, and work telephone number of
     each person.)

8.   Adam S. Kim (Auditor)
     1018 East La Habra Blvd., #137
     La Habra, CA 90631

9.   Any trial witnesses identified by Defendants.

10.  Owner/operator of California License Plate No. 6HDD194

11.  Owner/operator of California License Plate No. 6KTE397

12.  Owner/operator of California License Plate No. 6KKM495

13.  Owner/operator of California License Plate No. 5PMG805

14.    Owner/operator of California License Plate No. 4UIL100

15.    Owner/operator of Washington License Plate No. 139UUH

Respectfully submitted,

Dated: November 12, 2015          */s/ Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C**.
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 12, 2015, I caused to serve the following documents entitled:

**PLAINTIFF'S WITNESS LIST FOR TRIAL**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Elizabeth A. Bell, Esq.                    Attorneys for Defendants
Elizabeth A. Bell Law Office          Pearl Jackson a/k/a Pearl Mari Jackson
8335 Sunset Blvd., Ste. 221           and Annette Golden
West Hollywood, CA 90069

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

///

///

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 12, 2015, at South Pasadena, California.


Dated: November 12, 2015                    */s/ Vanessa Morales*
                                            **VANESSA MORALES**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///