1  ELIZABETH A. BELL, Bar No. 205868
   ebell@elbelaw.com
2  8335 Sunset Boulevard, Suite 221
   Los Angeles, California 90069
3  Telephone: (323) 306-4077
   Facsimile: (323) 656-1396
4
5  Attorney for Defendants
   PEARL JACKSON and ANNETTE GOLDEN
6
7
8                 UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11  J & J SPORTS PRODUCTIONS, INC.    | Case No. 2:11-cv-03653-WDK-PLA

12                                    | **DEFENDANTS' WITNESS LIST**
                                      | **(L.R. 16-5)**
13             Plaintiff,

14         vs.                        | Hon. William D. Keller

15  PEARL JACKSON a/k/a PEARL         | Final Pre-Trial
    MARI JACKSON, INDIVIDUALLY        | Conference Deadline: Dec. 12, 2015
16  and d/b/a THE CIGAR LOUNGE; and   | Jury Trial Date: TBD
    ANNETTE GOLDEN,
17  INDIVIDUALLY and d/b/a THE
    CIGAR LOUNGE,
18
19             Defendants.

20

21

22  **TO THE HONORABLE WILLIAM D. KELLER, PLAINTIFF, AND ITS**

23  **ATTORNEY OF RECORD:**

24       Pursuant to Local Rule 16-5 and the Court's Scheduling Order filed in the

25  above-captioned case (this "Case") on August 12, 2015 [Docket No. 58],

26  defendants PEARL JACKSON ("Jackson") and ANNETTE GOLDEN ("Golden,"

27                                  1
28                       Defendants' Witness List

1  and together with Jackson, collectively, "Defendants," and individually,

2  "Defendant"), through their undersigned counsel, hereby respectfully submit the

3  following list of witness ("Witness List"):[1]

4

5      1.    Pearl Jackson*
    c/o Elizabeth A. Bell

6      8335 Sunset Blvd., Ste. 221
    West Hollywood, CA 90069

7

8      2.    Annette Golden
    c/o Elizabeth A. Bell

9      8335 Sunset Blvd., Ste. 221
    West Hollywood, CA 90069

10

11     3.    Marc Jackson
    c/o Elizabeth A. Bell

12     8335 Sunset Blvd., Ste. 221

13     West Hollywood, CA 90069

14

    4.    Kenneth Mitchell

15     250 Pacific Ave., #620
    Long Beach, CA 90802

16

17     5.    Adam S. Kim
    1018 East La Habra Blvd., #137

18     La Habra, CA 90631

19

    6.    Joseph M. Gagliardi, President, J & J Sports Productions, Inc.

20     c/o Law Offices of Thomas P. Riley, P.C.

21     First Library Square

22

23 [1] This Witness List, while based on diligent inquiry and investigation by
Defendants, necessarily reflects only the current state of Defendant's knowledge,

24 understanding, and belief based upon the information made available to
Defendants.  Defendants reserve the right to modify, supplement, revise or amend

25 this Witness List and to correct any inadvertent errors or omissions that may be

26 contained herein.

27

28

1114 Fremont Avenue
South Pasadena, CA 91030

7.   Nicolas Gagliardi, Vice-President J & J Sports Productions, Inc.
c/o Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

8.   Employees the Cigar Lounge*

9.   Patrons of the Cigar Lounge*

10.   Any other trial witnesses identified by Plaintiff.

DATED:  November 12, 2015          Respectfully submitted,


By: /s/ Elizabeth A. Bell
ELIZABETH A. BELL
Attorney for Defendants PEARL
JACKSON and ANNETTE GOLDEN

3

Defendants' Witness List