1  ELIZABETH A. BELL, Bar No. 205868
   ebell@elbelaw.com
2  8335 Sunset Boulevard, Suite 221
3  Los Angeles, California 90069
   Telephone: (323) 306-4077
4  Facsimile: (323) 656-1396

5  Attorney for Defendants
   PEARL JACKSON and ANNETTE GOLDEN
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>PEARL JACKSON a/k/a PEARL MARI JACKSON, INDIVIDUALLY and d/b/a THE CIGAR LOUNGE; and ANNETTE GOLDEN, INDIVIDUALLY and d/b/a THE CIGAR LOUNGE,<br><br>Defendants. | Case No. 2:11-cv-03653-WDK-PLA<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>Hon. William D. Keller<br><br>Current Date: December 7, 2015<br>Time: 10:00 A.M.<br><br>Proposed Date: December 21, 2015<br>Time: 10:00 A.M.<br>Courtroom: TBD |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. ("Plaintiff") and Defendants PEARL JACKSON and ANNETTE GOLDEN (collectively, "Defendants") that the hearing for Plaintiff's Motion for Summary Judgment [Docket No. 64] in the above-

1

Stipulation to Continue Hearing on Motion for Summary Judgment

1  captioned case be reset and continued to Monday, December 21, 2015; that

2  Defendant's Opposition papers be due on or before November 30, 2015; and that

3  Plaintiff's Reply papers, if any, be due on or before December 7, 2015.

4      IT IS SO STIPULATED.

5                              Respectfully submitted,

6

7  DATED: November 25, 2015    /s/ Elizabeth A. Bell
                                          ELIZABETH A. BELL

8                                            Attorney for Defendants

9                                            PEARL JACKSON and ANNETTE GOLDEN

10

11  DATED: November 25, 2015    /s/ Thomas P. Riley
                                          LAW OFFICES OF THOMAS P. RILEY, P.C.

12                                            By: Thomas P. Riley

13                                            Attorneys for Plaintiff
                                          J & J SPORTS PRODUCTIONS, INC.

14

15                                      **ORDER**

16      Good cause showing, it is hereby ORDERED that the hearing date for

17  Plaintiff's Motion for Summary Judgment [Docket No. 64] is reset and continued

18  to Monday, December 21, 2015; Defendant's Opposition papers shall be filed and

19  served on or before November 30, 2015; and Plaintiff's Reply papers, if any, shall

20  be filed and served on or before December 7, 2015.

21

22  Dated: _____    _____

23                                              Hon. William D. Keller
                                            Judge of the United States District Court

24                                              Central District of California

25

26

27                                       2

28          Stipulation to Continue Hearing on Motion for Summary Judgment