Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 2:11-cv-03653-PLA |
|---|---|
| Plaintiff, vs. Pearl Jackson, et al, Defendants. | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PEARL JACKSON AND ANNETTE GOLDEN |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and defendants PEARL JACKSON and ANNETTE GOLDEN that the above-entitled action is hereby dismissed **with prejudice** against defendants PEARL JACKSON and ANNETTE GOLDEN.

///

///

///

///

///

STIPULATION OF DISMISSAL
Case No. 2:11-cv-03653-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____     Dated: March 31, 2017
**The Honorable Paul L. Abrams**
**United States Magistrate Judge**

///

///

///

///

///

///

///

///

///

///

///

///